**Opinion filed August 9, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00083-CR
_____

## JOHNATHAN McCAIN, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 17760B**

## MEMORANDUM OPINION

Johnathan McCain has filed in this court a motion to withdraw his notice of appeal and dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted. Appellant's notice of appeal is withdrawn, and the appeal is dismissed.


August 9, 2012                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.